# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 18-00047-01-CR-W-DGK |
| | ) | Date: March 4, 2020 |
| JEREMY BUSH, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE SHEET

HONORABLE Greg Kays presiding at Kansas City, Missouri.
================================================================================

Nature of Proceeding: Sentencing
Time: 1:31 p.m. – 1:43 p.m.
Plaintiff by: Adam Caine
Defendant by: Bob Kuchar
Probation: Paul Sedler

<u>Comments</u>:

Parties appear as indicated above. Defendant in person. Defendant's objections to the PSI are sustained. Sentencing recommendations are presented by counsel. Defendant is accorded allocution.

Defendant is sentenced to the custody of the Bureau of Prisons for 30 months as to Count 1, to be served consecutive to any outstanding sentences. Supervised release of 3 years as to Count 1. MPA of $100.00 imposed. Defendant advised of right to appeal. Defendant continued in custody.

Court Reporter: Judy Moore                                    Courtroom Deputy: Tracy Strodtman